IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **JANE AW DOE,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CASE NO. 1:20-cv-00126-LY** |
| | § | |
| **MICHAEL SUTHERLAND AND** | § | |
| **FUNKY JUNKY,** | § | |
| **Defendants** | § | |

## Advisory

Pursuant to the Court's Order Setting Initial Pretrial Conference (Docket Entry No. 31), Defendant Burleson County and/or Michael Sutherland, in his official capacity as Burleson County Judge, provides the Court with the following call-in telephone number for undersigned counsel for the Initial Pretrial Conference scheduled on Wednesday, April 15, 2020 at 11:30 AM: **J. Eric Magee; 512-482-0701**.

Respectfully submitted,

/s/ J. Eric Magee
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
**ALLISON, BASS & MAGEE, L.L.P.**
A.O. Watson House
402 W. 12th Street
Austin, Texas 78701
(512) 482-0701 telephone
(512) 480-0902 facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 14th day of April, 2020, I electronically filed the foregoing with the Clerk of Court and will send notification of such filing to the following:

U.A. Lewis
The Lewis Law Group
P.O. Box 27353
Houston, TX 77227
MyAttorneyAtLaw@gmail.com

David F. Minton
dminton@mbfc.com
John C. Carsey
jcarsey@mbfc.com
Perry Q. Minton
pminton@mbfc.com
Service email: eservice@mbfc.com
Minton, Bassett, Flores & Carsey, P.C.
1100 Guadalupe Street
Austin, TX 78701

                                              /s/ J. Eric Magee
                                              J. Eric Magee