UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JANE DOE AW,** §<br>  *Plaintiff* §<br> §<br> **v.** §<br> §<br> **BURLESON COUNTY,** §<br>  *Defendant* § | Case No. 1:20-cv-00126-SH |

**O R D E R**

The Court held a telephone status conference attended by counsel for both parties on February 23, 2022, and now enters the following Order.

1. **IT IS ORDERED** that the parties submit joint jury instructions fully compliant with the Court's Second Amended Scheduling Order **by noon on Friday, March 18, 2022**.

2. **IT IS ORDERED** that all attorneys who will appear for both parties must attend the Final Pretrial Conference on Wednesday, March 23, 2022. No counsel may appear at trial who did not attend the Final Pretrial Conference.

3. **IT IS ORDERED** that counsel must advise the Court by email to Courtroom Deputy James Ferrell at James_Ferrell@txwd.uscourts.gov no later than **Thursday, March 24, 2022** whether or not all parties, witnesses, and counsel who will be present in the courtroom at trial have been fully vaccinated for COVID-19. Any trial participant who has not been fully vaccinated by that date is **ORDERED** to take a rapid test for COVID-19, which will not be supplied by the Court, before each day's appearance in court. Counsel for the parties are **ORDERED** to email Mr. Ferrell that those subject to such testing have tested negative **on Sunday, March 27, no later than 4 p.m.**, and on Tuesday, March 29; Wednesday, March 30; and any subsequent day of trial **by 8:30 a.m.**

4.  **IT IS ORDERED** that both parties must submit all exhibits through Box.com **by noon on Friday, March 25, 2022**.

5.  **IT IS ORDERED** that Defendant may designate no more than one representative for Burleson County who also is listed by either party as a witness subject to sequestration pursuant to Federal Rule of Evidence 615.

6.  **IT IS ORDERED** that Plaintiff will remain at her counsel table throughout voir dire.

**SIGNED** on February 23, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE