# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JANE DOE AW,<br>*Plaintiff*<br><br>v.<br><br>BURLESON COUNTY,<br>*Defendant* | Case No. 1:20-CV-00126-SH |

## FINAL JUDGMENT

Before the Court is the above-referenced cause of action. By Order rendered this day, pursuant to Federal Rule of Civil Procedure 12(c), the Court entered judgment on the pleadings and dismissed Plaintiff Jane Doe AW's only remaining claim against Defendant Burleson County under 42 U.S.C. § 1983. Accordingly, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff Jane Doe AW take nothing against Defendant Burleson County.

**IT IS FURTHER ORDERED** that Defendant Burleson County is awarded costs as the prevailing party pursuant to Federal Rule of Civil Procedure 54(d)(1).

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED**.

**SIGNED** on September 14, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1